```
McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
MISDEMEANOR UNIT
Federal Building
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 6:05-mj-000193 WMW |
| ) Plaintiff, ) | ORDER FOR DISMISSAL |
| ) v. ) | |
| CHARLES DUNN, ) ) | |
| ) Defendant. ) | |

ORDER

IT IS HEREBY ORDERED that the Citation against Charles Dunn be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

**Dated:   March 23, 2006**           /s/ Lawrence J. O'Neill
b9ed48                                 UNITED STATES MAGISTRATE JUDGE